Appeal No. 21-11454-A

IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

EDWIN R. BANKS,

*Plaintiff - Appellant*

v.

XAVIER BECERRA,

*Defendant - Appellee*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ALABAMA IN CASE NO. 5:20-cv-00565-LCB, JUDGE LILES C. BURKE

**PLAINTIFF-APPELLANT'S MOTION TO EXPEDITE APPEAL**

**FOLEY & LARDNER LLP**

David B. Goroff
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-5160
dgoroff@foley.com

***Attorneys for Plaintiff-Appellant Edwin R. Banks***

4852-7730-1479.1

Pursuant to 28 U.S.C. § 1657(a) and Federal Rule of Appellate Procedure 27, Plaintiff–Appellant Edwin R. Banks ("Mr. Banks") respectfully moves this Court to expedite the briefing, oral argument, and ultimate disposition of the above-captioned appeal (the "Appeal") from the Final Judgment issued by the United States District Court for the Northern District of Alabama (the "District Court") on March 30, 2021, dismissing Mr. Banks's claims.  In support of his Application, Mr. Banks respectfully states as follows:

## Background

Mr. Banks is a 74 year-old software designer, father of three and grandfather to five.  Mr. Banks has a PhD in Mechanical Engineering from MIT and was employed in the aerospace business working on projects for NASA.  Along with his wife of more than fifty years (Betty), Mr. Banks currently lives in Madison, Alabama, just outside of Huntsville.

In September 2009, Mr. Banks was diagnosed with glioblastoma multiforme ("GBM"), an incurable form of brain cancer.  With earlier forms of treatment, only ~31% of patients were living two years later and only ~5% were living five years later.  Mr. Banks is being treated with tumor treatment field therapy ("TTFT"), a life-extending device that has been shown to increase the two-year survival rate by ~38% and to nearly triple the five-year survival rate to 13%. Mr. Banks's TTFT device is known by the brand-name "Optune" and is rented on a monthly basis.  Mr. Banks requested, through the Medicare Program, coverage for TTFT from Defendant–Appellee Alex Azar, Secretary of the United States Department of Health and Human Services ("the Secretary"), for specific periods of his treatment; however, the Secretary has partially denied such coverage.  The Appeal concerns the Secretary's denial for three periods by decision of Administrative Law Judge ("ALJ") Bruce Kelton on June 3, 2019.  On June 6, 2019, ALJ Jeffrey Gulin, however, issued on order that found that TTFT was medically reasonable and necessary

and that Mr. Banks was entitled to coverage for the treatment during February 2018 and from May 2018 to January 2019.  Mr. Banks appealed ALJ Kelton's determination to the Medicare Appeals Council. The Council did not take up the appeal within 90 days, allowing Mr. Banks to appeal the determination to the District Court.  Mr. Banks initiated the proceedings in the District Court seeking relief under 42 U.S.C. § 405(g) and the Administrative Procedures Act. The District Court denied Mr. Banks's Motion for Summary Judgment [Dkt. 52] and granted the Secretary's Motion for Summary Judgment [Dkt. 53], holding that the doctrine of collateral estoppel did not bar the Secretary from denying Mr. Banks's coverage based on ALJ Gulin's prior decision granting coverage. *Wilmot v. Azar*, Case 5:20-cv-00565-LCB, Dkt. 52 (N.D. Ala. Mar. 30, 2021).

Mr. Banks appeals from the District Court's orders denying his Motion for Summary Judgment and granting the Secretary's Motion for Summary Judgment. [Dkt. 52.] The orders were made final on March 31, 2021, when the District Court entered Final Judgment. [Dkt. 53.] Mr. Banks timely filed his Notice of Appeal on April 28, and his brief is currently due June 7, 2021.

## Relief Requested

Through this Application, Mr. Banks requests that the Court expedite the briefing and oral argument in the Appeal so that it may be heard and ruled on at the earliest possible date. In that way, Mr. Banks, who suffers from a debilitating terminal illness, may receive prompt appellate review of the dismissal of his claims.  Mr. Banks requests that briefing begin as soon as possible and proposes the following schedule: (1) Mr. Banks files his opening brief no later than May 10, 2021, ten days after this case was docketed (excluding weekends); (2) the Secretary files his responsive brief on June 9, 2021, thirty days after receiving Mr. Banks's brief, (3) Mr. Banks files his reply brief on June 21, 2021, ten days (excluding weekends) after the receipt of the

4852-7730-1479.1

Secretary's brief, and (4) the Court shall schedule oral argument thereafter as quickly as possible. For the reasons discussed herein, there is good cause for the expedited schedule and no prejudice to the parties.

**Grounds for Expedition of the Briefing Schedule**

A motion to expedite the consideration of any action may be granted upon a showing of good cause. 28 U.S.C. § 1657(a); Cir. Rule 27-1 IOP 3 ("[A]n appeal may be expedited only by the court upon motion and for good cause shown.")  A compelling reason exists here for an order shortening the time for briefing of the Appeal because absent expedited treatment of this matter, the Appeal may be rendered moot by Mr. Banks's death due to GBM, a particularly lethal form of brain cancer.

The procedural history of this case, and events seen in similar cases across the country, underscore the urgent need for the Court's expedited briefing and argument and prompt resolution of this appeal.  The Secretary's denial of Medicare coverage, and the prospect of extended litigation, threatens Mr. Banks's access to life-extending treatment and causes him great fear and anxiety.  He has good reason for this.  He has a grave and terminal illness where many patients face only months to live.   Other plaintiffs with GBM have passed away before appellate review could be completed (*see Komatsu v. Azar*, Case No. Sacv 20-00280JVS(JDEx) (C.D. Cal.)) or even before substantive action could be completed at the district-court level.  *See, e.g.*, *Rawls v. Azar*, 5:20CV00055 (N.D. Fla.).

Moreover, the Secretary faces no serious prejudice.  The Secretary has briefed the issues underlying this appeal—collateral estoppel, standing, and voluntary dismissal—multiple times, not only before the District Court below, but also across the country.  The Secretary will, no doubt, be filing briefs that are very similar (if not identical) to briefs that were already filed

3

before different courts. Therefore, expediting the briefing schedule will not prejudice the Secretary, while Mrs. Prosser faces great prejudice if the customary briefing schedule is maintained.

### Conclusion

For all of the reasons set forth above, Mr. Banks requests that the briefing schedule be expedited so that briefing begins as set forth above, with Mr. Banks's opening brief due May 10, 2021; the Secretary's brief due June 9, 2021, and Mr. Banks's reply brief due June 21, 2021, with oral argument to be scheduled as soon thereafter, at the Court's convenience. Mr. Banks respectfully requests that a case management conference to address this request be scheduled for as soon as possible, if the Court believes that will help in expediting matters.

Respectfully submitted,

Dated: May 3, 2021                    **FOLEY & LARDNER LLP**


/s/ David B. Goroff
David B. Goroff
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-5160
dgoroff@foley.com

***Attorneys for Plaintiff-Appellant***
***Edwin R. Banks***

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this

3rd day of May, 2021 on all counsel of record by using the CM/ECF system.


By:   */s/ David B. Goroff*
      David B. Goroff

5

4852-7730-1479.1

21-11454-A

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

Edwin R. Banks,

Plaintiff-Appellant,

v.

Xavier Becerra,

Defendant-Appellee.

---

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Plaintiff-Appellant Edwin R. Bank, by his undersigned counsel and pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement.  Appellant is not a publicly held corporation and has no parent corporations, affiliates, or subsidiaries with an interest in the outcome of this case.  Identifiable interested parties to the action are:

- Becerra, Xavier                Defendant-Appellee

- Moustakas, John            Counsel to Defendant-Appellee

- Long, Don B.                    Counsel to Defendant-Appellee

- Banks, Edwin R.            Plaintiff-Appellant

1

- Pistorino, James C.        Counsel to Plaintiff-Appellant

- Goroff, David        Counsel to Plaintiff-Appellant

- Burke, Liles C.        U.S. District Court Judge

Dated: May 3, 2021

Respectfully submitted,


/s/ David B. Goroff_____
David B. Goroff, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone:  312.832.4500
Facsimile:  312.832.4700
dgoroff@foley.com

PARRISH LAW OFFICES
James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: 412.561.6250
james@dparrishlaw.com

*Attorneys for Appellant-Plaintiff Edwin R. Banks*

2

4815-4337-3799.1

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Fed. R. App. P.

32(a)(5)(AA) and the type-style requirements of Fed. R. App. P. 32(a)(6).


Dated:  May 3, 2021


                              /s/ David B. Goroff
                              David B. Goroff, Esq.
                              Attorneys for Appellant


## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with

the Clerk of the Court of the United States Court of Appeals for the Eleventh Circuit

by using the appellate CM/ECF system.


I certify that all participants in this case are registered CM/ECF users or that

I will accomplish service by U.S. Mail for those participants that are not registered

CM/ECF users.


                              /s/ David B. Goroff
                              David B. Goroff, Esq.
                              Attorneys for Appellant


4815-4337-3799.1