IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-11454-AA

_____

EDWIN R. BANKS,

                                                                                                                                     Plaintiff - Appellant,

versus

SECRETARY OF HEALTH AND HUMAN SERVICES,

                                                                                                                                     Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER:

      "Plaintiff-Appellant's Motion to Expedite Appeal" is GRANTED. The Court DIRECTS the Clerk to expedite the appeal for merits disposition purposes, including oral argument if the Court deems oral argument in this case is warranted. The Court takes no position at this time on the appropriateness of oral argument. The Court sets the following briefing schedule:

      Appellant's initial brief is due by May 10, 2021, with the appendix due 7 days later.

      Appellee's response brief is due by June 9, 2021.

      Appellant's reply brief, if any, is due by June 21, 2021.

                                                                                                     /s/ Charles R. Wilson
                                                                                                  UNITED STATES CIRCUIT JUDGE