Appeal No. 21-11454-A

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

EDWIN R. BANKS,

*Plaintiff - Appellant*

v.

XAVIER BECERRA,

*Defendant - Appellee*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA IN CASE NO. 5:20-cv-00565-LCB,
JUDGE LILES C. BURKE

## PLAINTIFF-APPELLANT'S MOTION TO EXPEDITE ISSUANCE OF MANDATE

**FOLEY & LARDNER LLP**

David B. Goroff
321 N. Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-5160
dgoroff@foley.com

PARRISH LAW OFFICES
James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: 412.561.6250
james@dparrishlaw.com

***Attorneys for Plaintiff-Appellant Edwin R. Banks***

**CORPORATE DISCLOSURE STATEMENT**
Appeal No. 21-11454

IN THE
UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

EDWIN R. BANKS,

*Plaintiff - Appellant*

v.

SECRETARY OF HEALTH AND HUMAN SERVICES

*Defendant - Appellee*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA IN CASE NO. 5:20-cv-00565-LCB,
JUDGE LILES C. BURKE

**AMENDED CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Plaintiff-Appellant Edwin R. Bank, by his undersigned counsel and pursuant to Fed. R. App. P. 26.1 and 11th Cir. R. 26.1-1, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. Appellant is not a publicly held corporation and has no parent corporations, affiliates, or subsidiaries with an interest in the outcome of this case. Additionally, identifiable interested parties to the action are:

- Banks, Edwin R.; Plaintiff-Appellee

- Baugh, Robert R.; Sirote and Permutt P.C.; Counsel to Plaintiff-Appellant in the District Court

- Becerra, Xavier; Defendant-Appellee

- Burke, Hon. Liles C.; U.S. District Court Judge, Northern District of Alabama

- Cole, Meghan Salvati; Dentons Sirote, PC; Counsel to Plaintiff-Appellant in the District Court

- Dentons Sirote, PC; Counsel to Plaintiff-Appellant in the District Court

- Escalona, Prim F.; United States Attorney for the Northern District of Alabama

- Foley & Lardner LLP; Counsel to Plaintiff-Appellant

- Goroff, David B.; Foley & Lardner LLP; Counsel to Plaintiff-Appellant

- Herbst, Daniel Z.; Reed Smith LLP; Counsel to Plaintiff-Appellant in the District Court

- Holt, Elizabeth A.; Assistant United States Attorney, Chief of the Appellate Division; Counsel to Defendant-Appellee

- Long III, Don. B; U.S. Attorney's Office for the Northern District of Alabama; Counsel to Defendant-Appellee

- Moustakas, John; U.S. Attorney's Office for the District of Columbia; Counsel to Defendant-Appellee in the District Court

- Parrish Law Offices; Counsel to Plaintiff-Appellant

- Pistorino, James C.; Parrish Law Offices; Counsel to Plaintiff-Appellant

- Reed Smith LLP; Counsel to Plaintiff-Appellant in the District Court

- Sirote and Permutt P.C.; Counsel to Plaintiff-Appellant in the District Court

- Town, Jay E.; Former United States Attorney for the Northern District of
  Alabama

Dated: August 2, 2021

Respectfully submitted,


/s/ David B. Goroff
David B. Goroff, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone:  312.832.4500
Facsimile:  312.832.4700
dgoroff@foley.com

PARRISH LAW OFFICES
James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: 412.561.6250
james@dparrishlaw.com

***Attorneys for Appellant-Plaintiff Edwin R.
Banks***

Pursuant to Federal Rules of Appellate Procedure 27 and 41, and Circuit Rule 41-4, permitting shortening of the time for the issuance of the Court's mandate for good cause shown, Plaintiff–Appellant Edwin R. Banks ("Mr. Banks") respectfully moves this Court to expedite the issuance of the Court's mandate in the above-captioned appeal (the "Appeal") from the Final Judgment issued by the United States District Court for the Northern District of Alabama (the "District Court") on March 30, 2021, dismissing Mr. Banks's claims. This Court's decision directed the District Court "to proceed on an expedited basis" and this motion seeks to make that a reality. In support of his Application, Mr. Banks respectfully states as follows:

## **Background**

As this Court knows, Mr. Banks is a 74 year-old retired software designer who lives in Madison, Alabama, just outside of Huntsville, and who suffers from glioblastoma multiforme ("GBM"), a particularly insidious and incurable form of brain cancer. Mr. Banks has received tumor treatment field therapy ("TTFT"), a life-extending device (marketed as "Optune") that has been shown to substantially increase patients' survival rates and is rented to them on a monthly basis. Because of Mr. Banks' dire personal circumstances, this Court expedited this appeal and it is now equally appropriate to expedite the issuance of this Court's Mandate for the same reasons, so that the parties may with speed return to the District Court to litigate

the issues on which the Court has ruled further record development is necessary. There should be no contrary argument. When Counsel for Mr. Banks contacted Counsel for the Secretary to see if the Secretary would join in a motion to expedite the mandate, the Counsel for the Secretary indicated that it was not likely that the Secretary would be able to respond in a timely fashion.

## **Relief Requested**

Through this Application, Mr. Banks requests that the Court expedite the issuance of its mandate to the District Court before the expiration of the period set out in Federal Rule of Appellate Procedure 41—7 days after the deadline for filing a petition for rehearing and that the Court, instead, expedite the Mandate as soon as possible.  In that way, Mr. Banks, who suffers from a debilitating terminal illness, may continue to pursue his claim on an expedited basis in accordance with this Court's order.  For the reasons discussed herein, there is good cause for the expedited issuance of this Court's mandate to the District Court.

## **Grounds for Expedition of the Briefing Schedule**

On July 26, 2021, this Court issued it opinion vacating the District Court's order granting the Secretary's motion for summary judgment and remanding

the case for expedited determination of whether Mr. Banks has Article III standing to bring his claims against the Secretary.

In light of Mr. Banks's debilitating illness and this Court's order that standing be determined on an expedited basis, it is necessary for the parties to return to the District Court as soon as possible. Nothing is gained by delay. To the contrary, Mr. Banks' life-threatening illness shows the urgency that things move on an expedited basis, as they did in this appeal up until this time.

A compelling reason exists here for an order shortening the time for the issuance of the Court's mandate in this Appeal because absent continued expedited treatment of this matter, Mr. Banks's case may be rendered moot.

Other plaintiffs with GBM have passed away before appellate review could be completed (*see Komatsu v. Azar*, Case No. Sacv 20-00280JVS(JDEx) (C.D. Cal.)) or even before substantive action could be completed at the district-court level. *See, e.g.*, *Rawls v. Azar*, 5:20CV00055 (N.D. Fla.).

Moreover, the Secretary faces no prejudice. This Court has already instructed the District Court to assess standing on an expedited basis. Therefore, expediting the issuance of the mandate will not prejudice the Secretary, while Mr. Banks faces prejudice if the customary briefing schedule is maintained. Undersigned counsel contacted counsel for the Secretary to inquire as to whether the Secretary would consent to this motion. Assistant United States Attorney Don Long, counsel

for the Secretary, advised he could not provide this consent because he did not believe that he could not obtain necessary approvals within the tiers of the Department in order to provide an answer before the expiration of the deadline for filing a petition for reconsideration.

## <u>Conclusion</u>

For all of the reasons set forth above, Mr. Banks requests that the Court expedite issuance of its mandate to the District Court before the end of the period set out in Federal Rule of Appellate Procedure 41. Mr. Banks respectfully requests that a case management conference to address this request be scheduled for as soon as possible, if the Court believes that will help in expediting matters.

Respectfully submitted,

Dated:  August 2, 2021              **FOLEY & LARDNER LLP**

/s/ David B. Goroff
David B. Goroff, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 3000
Chicago, IL 60654-4762
Telephone:  312.832.4500
Facsimile:  312.832.4700
dgoroff@foley.com

PARRISH LAW OFFICES
James C. Pistorino
788 Washington Road
Pittsburgh, PA 15228
Telephone: 412.561.6250
james@dparrishlaw.com

*Attorneys for Plaintiff-Appellant*
*Edwin R. Banks*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and Circuit Rule 27 because this motion contains 789 words excluding the parts of the brief exempted by Circuit Rule 27(d)(2).

This motion complies with the typeface and typestyle requirements of Fed. R. App. P. 27(d) because this brief has been prepared in proportionally spaced typeface using Microsoft Word 2010 in 14 point Times New Roman.

Dated: August 2, 2021

/s/David B. Goroff
David B. Goroff

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on this 2nd day of August, 2021 on all counsel of record by using the CM/ECF system.


By:  */s/ David B. Goroff*
     David B. Goroff